**Order filed March 10, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00142-CV**

---

**IN RE U.L., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-53465**

---

## ORDER

On March 3, 2022, relator U.L., mother in the underlying matter, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jim Evans, presiding judge of the 507th District Court of Harris County, to vacate the trial court's February 1, 2022, temporary orders in suit to modify parent-child relationship.

Relator must file with the petition a sufficient record to establish the right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding); *see also In re Le*, 335 S.W.3d 808, 813 (Tex. App.—Houston [14th Dist.] 2011, orig. proceeding) (stating that "[t]hose seeking the extraordinary remedy of mandamus must follow the applicable procedural rules. Chief among these is the critical obligation to provide the reviewing court with a complete and adequate record.") (footnote omitted)).

Relator's petition and appendix do not comply with the Texas Rules of Appellate Procedure. In support of relator's mandamus, relator provided the Court with various documents; however, relator did not include a verification that relator filed with her petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding." Tex. R. App. P. 52.7(a)(1). Relator also did not verify that relator filed with her petition "a properly authenticated transcript of any relevant testimony from any underlying proceeding . . . or a statement that no testimony was adduced in connection with the matter complained." Tex. R. App. P. 52.7(a)(2). By this order, the Court gives relator notice that the petition will be denied unless relator supplements and/or amends her petition to addresses the record issues identified above on or before March 18, 2022.

The court requests that the real party in interest, B.K.R, father in the underlying matter, file a response to the petition for writ of mandamus on or before April 15, 2022. *See* Tex. R. App. P. 52.4, 52.8(b)(1).

It is so ORDERED.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.